**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

Mubita Kanay,
Petitioner-Plaintiff,

v.

Christopher Chestnut, Warden,
California City Detention Facility,
Respondents-Defendants.

Case No.: 1:26-cv-4197-DJC-AC

**ORDER SUBSTITUTING COUNSEL**

**ORDER**

Linette Tobin, appointed counsel of record for Petitioner-Plaintiff Mubita Kanay, has moved for the substitution of counsel pursuant to 18 U.S.C. §3006A(c) and for leave to withdraw. The Court, having considered the motion, the supporting declaration, and the record in this action, and good cause appearing, ORDERS as follows:

1. The motion is GRANTED. The Court finds that the interests of justice warrant the substitution of appointed counsel for Petitioner Mubita Kanay pursuant to 18 U.S.C. §3006A(c).
2. Within seven (7) days from the date of this order, the appointing authority for the Eastern District of California shall identify successor counsel for Petitioner and send successor counsel's contact information to the Clerk of Court, who shall update the docket to reflect the appointment.
3. Linette Tobin is relieved as counsel of record for Petitioner and shall promptly transfer the file to successor counsel upon that appearance.
4. Linette Tobin shall serve a copy of this order on Petitioner at California City Detention, 22844 Virginia Blvd., California City, CA 93505.

**IT IS SO ORDERED.**

Dated: September 2, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE